**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Javier Holguin**                          Case No. **14-30296**

       Debtor(s)                               Chapter 13 Proceeding

☑ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

> *Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*
>
> *Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

**Plan Summary**

A. The Debtor's Plan Payment will be **$286.00 Monthly**, paid by ☑ Pay Order or ☐ Direct Pay for **60 months**. The gross amount to be paid into the plan is **$17,160.00**.

B. The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately **5%** of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

C. The value of the Debtor's non-exempt assets is **$0.00**.

D. If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

**Plan Provisions**

**I. Vesting of Estate Property**

☐ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☑ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Javier Holguin**　　　　　　　　　　　　　　　　Case No. **14-30296**

Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☑ *AMENDED*　　☐ *MODIFIED*
DEBTOR(S)' CHAPTER 13 PLAN
AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
|  |  |  |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) |  |  |  |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) |  |  |  |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:  **Javier Holguin**                                    Case No.  **14-30296**

                     Debtor(s)                                                Chapter 13 Proceeding

☒ *AMENDED*      ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 2*

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _____ ."

_____          _____
Debtor                                                                          Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
|  |  |  |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Bank Of America, N.a. Homestead-3304 Rutherglen Street |  | $127,582.81 | $943.00 |
| Bank Of America, N.a. Homestead-3304 Rutherglen Street | pending loan modification | $7,478.65 |  |
| El Paso Tax Assessor-Collector Homestead-3304 Rutherglen Street | Through 2014 | $2,264.40 |  |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Javier Holguin**　　　　　　　　　　　　　　　　　Case No. **14-30296**

**Debtor(s)**　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☑ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

| | |
|---|---|
| United Consumer Financial Services | Dog is now deceased |

**2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS**

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums received. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Watson Law Firm, P.C. | $3,200.00 | Along With | |
| Western District of Texas Bankr Court | $140.50 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| | | | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Conn's Furniture (bedroom set & TV) | $3,168.96 | $1,200.00 | Pro-Rata | 5.25% | $3,468.54 | Pay claim amount |
| EZ Money Loan Services/EZCORP 2000 BMW 320i | $1,769.38 | $3,500.00 | Pro-Rata | 5.25% | $1,936.65 | |

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Javier Holguin**  Case No. **14-30296**

Debtor(s)  Chapter 13 Proceeding

☒ *AMENDED*  ☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

| | | | | | |
|---|---|---|---|---|---|
| Intergrity TX Funding 2007 GMC Acadia | $1,556.48 | $1,700.00 | Pro-Rata | 5.25% | $1,703.60 |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately ___**5%**___ of their allowed claims.

| **Creditor** | **Estimated Debt** | **Remarks** |
|---|---|---|
| Absolute Collection Service | $381.00 | |
| American Express/Becket & Lee LLP | $1,304.54 | |
| American Express/Becket & Lee LLP | $490.70 | |
| American Infosource for Tmobile | $586.89 | |
| AT&T Mobility | $1,021.04 | |
| Barclays Bank Delaware | $0.00 | |
| Bennett Law | $1,700.00 | |
| Capital One, N.a. | $535.00 | |
| Cash Central | $511.09 | |
| Cash Store | $1,400.00 | |
| Cash Store | $100.00 | |
| Cashcall Inc | $2,598.00 | |
| Chase | $0.00 | |
| Chevron / Texaco Citibank | $0.00 | |
| Citibank | $0.00 | |
| Del Sol Medical Center | $1,500.00 | |
| eCast Settlement Corp | $1,355.15 | |
| El Paso Primary Healthcare Physicians | $663.00 | |
| Financial Corporation of America | $1,700.00 | |
| Fireside Bank | $0.00 | |
| First Light Federal Credit Union | $44.74 | |
| Fst Premier | $0.00 | |
| G M A C/Ally | $0.00 | |
| Gecrb/walmart | $748.00 | |
| Gemb/JC Penny | $502.00 | |
| Hilco Receivables/Equable Ascent Financi | $1,116.00 | |
| Hsbc Bank | $877.00 | |
| Jefferson Capital Systems LLC | $510.00 | |
| Jefferson Capital Systems LLC | $510.00 | |
| Kohls/capone | $0.00 | |
| Lowes / MBGA / GEMB | $591.00 | |
| Lvg Spc Furn | $0.00 | |
| Metabnk/fhut | $332.00 | |
| Net Pay Advance | $400.00 | |

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Javier Holguin**　　　　　　　　　　　　　　　　　　　　　Case No. **14-30296**

Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☑ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 5*

| | |
|---|---:|
| One Click Cash | $1.00 |
| Payday One | $400.00 |
| Plain Green Loans | $400.00 |
| Power Finance | $300.00 |
| Quantum3 Group/Target | $618.19 |
| Speedy Cash SCIL Texas Inc | $600.00 |
| University Of Phoenix | $0.00 |
| Us Dept Of Education | $44,775.00 |
| Us Dept Of Education | $33,642.00 |
| Wells Fargo Bank | $3,490.76 |
| Western Shamrock Corporation | $406.00 |
| World Finance Co | $1,160.00 |

**Totals:**

| | |
|---|---:|
| Administrative Claims | **$3,340.50** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$6,494.82** |
| Unsecured Claims | **$107,270.10** |

## VII. Supplemental Plan Provisions

The following are the Supplemental Plan Provisions:

**Agreed Orders**

Agreed Orders shall control in any conflict between Plan provisions and the provisions in the Agreed Orders.

**Disposable Earnings**

Pursuant to 11 U.S.C. § 1322(a)(1) of the Bankruptcy Code, the Debtor(s) shall submit all or such portion of future earnings or other future income of the debtor to the supervision and control of the trustee as is necessary for the execution of the plan. The Debtor(s) agree to report to the Trustee any changes in income that would necessitate modifying their plan by either increasing or decreasing their plan payment or increasing or decreasing payout to unsecured creditors

Form 11/7/05

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Javier Holguin**　　　　　　　　　　　　　　Case No. **14-30296**

　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter 13 Proceeding

☒ *AMENDED*　　☐ *MODIFIED*

**DEBTOR(S)' CHAPTER 13 PLAN**

**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 6*

---

**Authorization to send monthly bills**

Confirmation of the Plan shall constitute authority for creditors, such as lien-holders on real property and lien-holders on vehicles, who receive monies as direct payments from Debtor(s) as a result of Debtor(s) election to pay such monies outside of the plan to send monthly statements as a convenience to the Debtor(s) and such statements shall not be considered a violation of the provisions of the automatic stay.

**Certain Pre-Confirmation Disbursements**

If a creditor is listed as secured and scheduled to receive pre-confirmation disbursements and post-confirmation payments along with the other secured creditors, but such creditor subsequently files an unsecured claim, then the creditor will not receive any pre-confirmation disbursements and upon confirmation will be paid along with the other unsecured creditors. The funds that were allocated to such creditor as a pre-confirmation disbursement will be distributed on a pro-rata basis to the other secured creditors. Similarly, the funds scheduled to be received by such creditor along with other secured creditors on a pro-rata basis.

**Misfiled and Unfiled Creditors Paid Accordingly**

If any secured proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as secured unless, it is objected to. Said claims shall be paid under the plan at 5.5% interest. Likewise, if any priority proof of claim is timely filed for a debt that was either not listed or listed as unsecured, the claim shall be allowed as priority unless it is objected to. Said priority claim shall not be paid with any interest.

**Mortgage subject to modification**

The mortgage for Bank of America 400 Countrywide Way Mail Stop SV-46 Simi Valley, CA 93065 listed in Debtor's plan is subject to a modification which Debtor is currently processing. As such, amounts are to be added to the end of his mortgage and are otherwise to be paid directly at such time pending loan modification is denied.

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Javier Holguin**　　　　　　　　　　　　　　　　　　　　Case No. **14-30296**

　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☑ *AMENDED*　　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 7*

---

Respectfully submitted this date: __**6/2/2014**_____.

　　　　　　　　　　　　　　　　　　　　**/s/ W. Matt Watson**
　　　　　　　　　　　　　　　　　　　　W. Matt Watson
　　　　　　　　　　　　　　　　　　　　1123 E. Rio Grande
　　　　　　　　　　　　　　　　　　　　El Paso, Texas 79902
　　　　　　　　　　　　　　　　　　　　Phone: (915) 562-4357 / Fax: (866) 201-0967
　　　　　　　　　　　　　　　　　　　　(Attorney for Debtor)


**/s/ Javier Holguin**
Javier Holguin
3304 Rutherglen Street
El Paso, TX 79925
(Debtor)

Form 11/7/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE: **Javier Holguin**　　　　　　　　　　　　　　CASE NO. **14-30296**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **13**

### Certificate of Service

I hereby certify that as of the date of filing the attached document, I have mailed/delivered a true and correct copy thereof to each party listed herein as well as all parties listed as receiving electronic mail notices as well as the Chapter 13 Trustee and U.S. Trustee .

Date: **6/2/2014**　　　　　　　　　　　　　　　　/s/ W. Matt Watson
　　　　　　　　　　　　　　　　　　　　　　　　W. Matt Watson
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)

| | | |
|---|---|---|
| Absolute Collection Service<br>421 Fayetteville #600<br>Raleigh, NC 27601 | Bank Of America, N.a.<br>400 Countrywide Way Mail Stop SV-46<br>Simi Valley, CA 93065 | Cash Store<br>1830 Zaragoza Rd.<br>El Paso, TX 79936 |
| American Express/Becket & Lee LLP<br>3499918324695973<br>PO BOX 3001<br>Malvern, PA 19355 | Barclays Bank Delaware<br>5140218897098602<br>Attention: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899 | Cashcall Inc<br>7483432<br>Attention: Bankruptcy Department<br>1600 S Douglass Rd<br>Anaheim, CA 92806 |
| American Express/Becket & Lee LLP<br>3499908561673193<br>PO BOX 3001<br>Malvern, PA 19355 | Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd. Suite 100<br>Addison, TX 75001 | Chase<br>4266841124294545<br>201 N. Walnut St//de1-1027<br>Wilmington, DE 19801 |
| American Infosource for Tmobile<br>PO BOX 248848<br>Oklahoma City, OK 73124 | Bennett Law<br>10542 South Jordan Gateway, Ste. 200<br>South Jordan, Utah 84095 | Chevron / Texaco Citibank<br>1121698235<br>Citi Corporation Credit Services/Attn: C<br>PO Box 20363<br>Kansas City, MO 64195 |
| AT&T Mobility<br>One AT&T Way Room 3A104<br>Bedminster, NJ 07921 | Capital One, N.a.<br>5178058031674529<br>Capital One Bank (USA) N.A.<br>PO Box 30285<br>Salt Lake City, UT 84130 | Citibank<br>P.O. Box 6500<br>Sioux Falls, SD 57117-6500 |
| Bank Of America, N.a.<br>234541207<br>400 Countrywide Way Mail Stop SV-46<br>Simi Valley, CA 93065 | Cash Central<br>84 East 2400 North<br>N Logan, Utah 84341 | Conn's<br>PO BOX 2358<br>Beaumont, TX 77704 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: Javier Holguin

CASE NO. 14-30296

CHAPTER 13

## Certificate of Service

(Continuation Sheet #1)

---

| | | |
|---|---|---|
| Del Sol Medical Center<br>Patient Accts Dept<br>PO Box 639400<br>Irving, TX 75063 | First Light Federal Credit Union<br>4701-2180-0001-2866<br>PO Box 24901<br>El PAso, TX 79914 | Hsbc Bank<br>5268350059291539<br>ATTN: BANKRUPTCY<br>PO BOX 5213<br>Carol Stream, IL 60197 |
| eCast Settlement Corp<br>PO BOX 29262<br>New York, NY 10087 | Fst Premier<br>4610078478615677<br>3820 N Louise Ave<br>Sioux Falls, SD 57107 | Intergrity TX Funding<br>3440 Preston Ridge Rd. Suite 500<br>Alpharetta, GA 30005 |
| El Paso Primary Healthcare Physicians<br>11880 Vista Del Sol<br>El Paso, TX 79936-6128 | G M A C/Ally<br>005488721700<br>PO Box 130424<br>Roseville, MN 55113 | Javier Holguin<br>3304 Rutherglen Street<br>El Paso, TX 79925 |
| El Paso Tax Assessor-Collector<br>221 North Kansas Suite 300<br>El Paso, Texas 79901 | GE Capital Retail Bank<br>PO BOX 950061<br>Orlando, FL 32896 | Jefferson Capital Systems LLC<br>PO BOX 7999<br>Saint Cloud, MN 56302 |
| EZ Money Loan Services/EZCORP<br>2028 E. St. Elmo<br>Austin, TX 78744 | Gecrb/walmart<br>6032203584592645<br>Po Box 981400<br>El Paso, TX 79998 | Kohls/capone<br>050661244952<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 |
| Financial Corporation of America<br>12515 Research Blvd. Bldg. 2 Ste. 100<br>Austin, TX 78720 | Gemb/JC Penny<br>6008895366637584<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | Linebarger Goggan Blair & Sampson, LLP<br>711 Navarro, Suite 300<br>San Antonio, TX 78205 |
| Fireside Bank<br>5324065011010482<br>Attention: Bankruptcy<br>PO Box 9100<br>Pleasanton, CA 94566 | Hilco Receivables/Equable Ascent Financi<br>3618235<br>Attn: Bankruptcy<br>1120 Lake Cook Road Suite B<br>Buffalo Grove, IL 60089 | Lowes / MBGA / GEMB<br>7981926440756752<br>Attention: Bankruptcy Department<br>PO Box 103104<br>Roswell, GA 30076 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: **Javier Holguin**  CASE NO. **14-30296**

CHAPTER **13**

## Certificate of Service

(Continuation Sheet #2)

---

| | | |
|---|---|---|
| Lvg Spc Furn<br>5774421830213279<br>Cscl Dispute Tm-mac N8235-04m<br>Des Moines, IA 50306 | Quantum3 Group/Target<br>4352376727642530<br>PO BOX 788<br>Kirkland, WA 98083 | Wells Fargo Bank<br>4405345742140001<br>301 E 58th Street N<br>Sioux Falls, SD 57104 |
| Metabnk/fhut<br>6276452006021163<br>6250 Ridgewood Roa<br>Saint Cloud, MN 56303 | Speedy Cash SCIL Texas Inc<br>3527 N. Ridge Rd<br>Wichita, KS 67205 | Western District of Texas Bankr Court<br>511 E. San Antonio Ave., 4th Floor<br>El Paso, TX 79901 |
| Net Pay Advance<br>940 N. Tyler Rd #208<br>Wichita, KS 67212 | Stuart C. Cox, Trustee<br>1760 North Lee Trevino<br>El Paso, TX 79936 | Western Shamrock Corporation<br>WEP014305Z001<br>Attention: Bankruptcy<br>801 S Abe St.<br>San Angelo, TX 76903 |
| One Click Cash<br>52946 Highway 12 Ste. 3<br>Niobrara, NE 68760 | United Consumer Financial Services<br>865 Bassett Road<br>Westlake, OH 44145 | World Finance Co<br>56504006401<br>15 E Main St<br>Lakeland, GA 31635 |
| Payday One<br>PO Box 101842<br>Ft. Worth, TX 76185 | University Of Phoenix<br>801034482<br>4615 E. Elwood St.<br>Phoenix, AZ 85040 | |
| Plain Green Loans<br>93 Mack Road, Suite 600<br>P.O. Box 255<br>Box Elder, MT 59521 | Us Dept Of Education<br>700001974192599<br>Attn: Borrowers Service Dept<br>PO Box 5609<br>Greenville, TX 75403 | |
| Power Finance<br>9515 Gateway West<br>El Paso, TX 79925 | Us Dept Of Education<br>700001974192499<br>Attn: Borrowers Service Dept<br>PO Box 5609<br>Greenville, TX 75403 | |